UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
Jian Guo Gao, Li Bing Lu, Ju Ran Lin, Zhi Qiang Huang, individually and on behalf of all other employees similarly situated

            Plaintiff,

      -against-

Hao NY Inc d/b/a Mee Noodle Shop & Grill, Mee May Corp. d/b/a Mee Noodle Shop & Grill, Jiang Qing Chen, Wu Kuang Chi, Rot Thi Dang, "A Qi" Dang, and John Dang

            Defendants

-----------------------------------------------------------------

17cv9212

ANSWER TO FLSA COMPLAINT WITH AFFIRMATIVE DEFENSES

        Defendants Hao NY Inc d/b/a Mee Noodle Shop & Grill, Mee May Corp. d/b/a Mee Noodle Shop & Grill, Jiang Qing Chen, Wu Kuang Chi, Rot Thi Dang, "A Qi"Dang, and John Dang, ("Defendants"), by and through their attorneys, Mann & Associates, PLLC for their Answer to Plaintiff's FLSA Complaint and Affirmative Defenses respectfully allege as follows:

## INTRODUCTION

1. Defendants neither admit nor deny the allegations contained in Paragraph 1 of the Complaint as they state legal conclusions to which no response is required.

2. Defendants deny.

3. Defendants deny.

4. Defendants deny.

   .

## JURISDICTION AND VENUE

5. Defendants neither admit nor deny the allegations contained in Paragraph 5 of the Complaint as they state legal conclusions to which no response is required.

6. Defendants admit.

## PLAINTIFFS

7. Defendants have no knowledge of part of Paragraph 7 and admit as to the time worked.

8. Defendants have no knowledge of part of Paragraph 8 and admit as to the time worked.

9. Defendants have no knowledge of part of Paragraph 9 and admit as to the time worked.

10. Defendants have no knowledge of part of Paragraph 10 and admit as to the time worked.

## DEFENDANTS

11. Defendants admit.

12. Defendants admit.

13. Defendants admit.

14. Defendants admit.

15. Defendants admit.

16. Defendants deny the allegations in Paragraph 16

17. Defendants deny the allegation in Paragraph 17.

18. Defendants deny the allegations in Paragraph 18.

19. Defendants deny the allegations in Paragraph 19.

20. Defendants deny the allegations in Paragraph 20.

21. Defendants deny the allegations in Paragraph 21.

22. Defendants deny the allegation in Paragraph 22.

23. Defendants deny the allegations in Paragraph 23.

24. Defendants deny the allegations in Paragraph 24.

25. Defendants deny the allegations in Paragraph 25.

26. Defendants deny the allegations in Paragraph 26.

27. Defendants deny the allegations in Paragraph 27.

28. Defendants deny the allegations in Paragraph 28.

29. Defendants deny the allegations in Paragraph 29.

30. Defendants deny the allegations in Paragraph 30.

31. Defendants deny the allegations in Paragraph 31.

32. Defendants deny the allegations in Paragraph 32.

33. Defendants deny the allegations in Paragraph 33.

34. Defendants deny the allegations in Paragraph 34.

35. Defendants deny the allegations in Paragraph 35.

36. Defendants deny the allegations in Paragraph 36.

37. Defendants admit.

38. Defendants deny the allegations in Paragraph 38.

39. Defendants neither admit nor deny the allegations contained in Paragraph 39 of the Complaint as they state legal conclusions to which no response is required.

## STATEMENT OF FACTS

40. Defendants deny the statement in Paragraph 40.

41. Defendants deny the allegations in Paragraph 41.

*Plaintiff Zhi Qiang Huang*

42. Defendants admit to the allegations in Paragraph 42.

43. Defendants deny the allegations in Paragraph 43.

44. Defendants deny the allegations in Paragraph 44.

45. Defendants admit to the allegations in Paragraph 45.

46. Defendants deny the allegations in Paragraph 46.

47. Defendants deny the allegations in Paragraph 47.

48. Defendants deny the allegations in Paragraph 48.

49. Defendants deny the statement in Paragraph 49.

50. Defendants neither admit nor deny the allegations contained in Paragraph 50 of the Complaint as they state legal conclusions to which no response is required.

51. Defendants deny the allegations in Paragraph 51.

*Plaintiff Jian Guo Gao*

52. Defendants admit to the allegations in Paragraph 52.

53. Defendants deny the allegations in Paragraph 53.

54. Defendants deny the allegations in Paragraph 54.

55. Defendants admit to the allegations in Paragraph 55.

56. Defendants deny the allegations in Paragraph 56.

57. Defendants deny the allegations in Paragraph 57.

58. Defendants deny the allegations in Paragraph 58.

59. Defendants deny the allegations in Paragraph 59.

60. Defendants neither admit nor deny the allegations contained in Paragraph 60 of the Complaint as they state legal conclusions to which no response is required.

61. Defendants deny the allegations in Paragraph 61.

*Plaintiff Ju Ran Lin*

62.  Defendants admit to the allegations in Paragraph 62.

63. Defendants deny the allegations in Paragraph 63.

64. Defendants deny the allegations in Paragraph 64.

65. Defendants deny the allegations in Paragraph 65.

66. Defendants deny the allegations in Paragraph 66.

67. Defendants deny the allegations in Paragraph 67.

68. Defendants deny the allegations in Paragraph 68.

69. Defendants deny the allegations in Paragraph 69.

70. Defendants neither admit nor deny the allegations contained in Paragraph 70 of the Complaint as they state legal conclusions to which no response is required.

71. Defendants deny the allegations in Paragraph 71.

72. Defendants admit to the allegations in Paragraph 72.

73. Defendants deny the allegations in Paragraph 73.

74. Defendants deny the allegations in Paragraph 74.

75. Defendants deny the allegations in Paragraph 75.

76. Defendants admit to the allegations in Paragraph 76.

77. Defendants deny the allegations in Paragraph 77.

*Plaintiff Li Bing Lu*

1. Defendants admit to the allegations in Paragraph 1.

2. Defendants deny the allegations in Paragraph 2.

3. Defendants deny the allegations in Paragraph 3.

4. Defendants deny the allegations in Paragraph 4.

5. Defendants deny the allegations in Paragraph 5.

6. Defendants deny the allegations in Paragraph 6.

7. Defendants admit to the allegations in Paragraph 7.

8. Defendants deny the allegations in Paragraph 8.

9. Defendants neither admit nor deny the allegations contained in Paragraph 70 of the Complaint as they state legal conclusions to which no response is required.

10. Defendants deny the allegations in Paragraph 10.

11. Defendants neither admit nor deny the allegations contained in Paragraph 11 of the Complaint as they state legal conclusions to which no response is required.

12. Defendants neither admit nor deny the allegations contained in Paragraph 12 of the Complaint as they state legal conclusions to which no response is required.

13. Defendants neither admit nor deny the allegations contained in Paragraph 13 of the Complaint as they state legal conclusions to which no response is required.

14. Defendants deny the allegations in Paragraph 14.

15. Defendants deny the allegations in Paragraph 15.

16. Defendants deny the allegations in Paragraph 16.

17. Defendants deny the allegations in Paragraph 17.

18. Defendants deny the allegations in Paragraph 18.

19. Defendants deny the allegations in Paragraph 19.

20. Defendants deny the allegations in Paragraph 20.

21. Defendants deny the allegations in Paragraph 21.

## COLLECTIVE ACTION ALLEGATIONS

22. Defendants deny the allegations in Paragraph 22.

23. Defendants have insufficient knowledge to admit or deny.

24. Defendants have insufficient knowledge to admit or deny.

25. Defendants deny the allegations in Paragraph 25.

26. Defendants neither admit nor deny the allegations contained in Paragraph 26 of the Complaint as they state legal conclusions to which no response is required.

27. Defendants deny the allegations in Paragraph 27.

28. Defendants deny the allegations in Paragraph 28.

## CLASS ACTION ALLEGATIONS

29. Defendants neither admit nor deny the allegations contained in Paragraph 29 of the Complaint as they state legal conclusions to which no response is required.

30. Defendants neither admit nor deny the allegations contained in Paragraph 30 of the Complaint as they state legal conclusions to which no response is required.

31. Defendants deny the allegations in Paragraph 31.

32. Defendants deny the allegations in Paragraph 32.

33. Defendants have insufficient knowledge to admit or deny.

34. Defendants neither admit nor deny the allegations contained in Paragraph 34 of the Complaint as they state legal conclusions to which no response is required.

35. Defendants neither admit nor deny the allegations contained in Paragraph 30 of the Complaint as they state legal conclusions to which no response is required.

36. Defendants neither admit nor deny the allegations contained in Paragraph 36 of the Complaint as they state legal conclusions to which no response is required.

## STATEMENT OF CLAIM
### COUNT I

37. In response to Paragraph 37 of the Complaint, Defendants repeat each and every response to all preceding paragraphs as if fully set forth herein.

38. Defendants admit.

39. Defendants admit.

40. Defendants admit

41. Defendants neither admit nor deny the allegations contained in Paragraph 40 of the Complaint as they state legal conclusions to which no response is required.

42. Defendants deny the allegations in Paragraph 42.

43. Defendants deny the allegations in Paragraph 43.

44. Defendants deny the allegations in Paragraph 44.

## *COUNT II*

45. In response to Paragraph 45 of the Complaint, Defendants repeat each and every response to all preceding paragraphs as if fully set forth herein.

46. Defendants admit.

47. Defendants neither admit nor deny the allegations contained in Paragraph 47 of the Complaint as they state legal conclusions to which no response is required.

48. Defendants deny the allegations in Paragraph 48.

## *COUNT III*

49. In response to Paragraph 49 of the Complaint, Defendants repeat each and every response to all preceding paragraphs as if fully set forth herein.

50. Defendants neither admit nor deny the allegations contained in Paragraph 50 of the Complaint as they state legal conclusions to which no response is required.

51. Defendants neither admit nor deny the allegations contained in Paragraph 51 of the Complaint as they state legal conclusions to which no response is required.

52. Defendants deny the allegations in Paragraph 52.

53. Defendants deny the allegations in Paragraph 53.

54. Defendants neither admit nor deny the allegations contained in Paragraph 54 of the Complaint as they state legal conclusions to which no response is required.

55. Defendants deny the allegations in Paragraph 55.

56. Defendants deny the allegations in Paragraph 56.

## *COUNT IV*

57. In response to Paragraph 57 of the Complaint, Defendants repeat each and every response to the preceding paragraphs as if fully set forth herein.

58. Defendants neither admit nor deny the allegations contained in Paragraph 47 of the Complaint as they state legal conclusions to which no response is required.

59. Defendants deny the allegations in Paragraph 59.

60. Defendants deny the allegations in Paragraph 60.

## *COUNT V*

61. In response to Paragraph 61 of the Complaint, Defendants repeat each and every response to the preceding paragraphs as if fully set forth herein.

62. Defendants neither admit nor deny the allegations contained in Paragraph 62 of the Complaint as they state legal conclusions to which no response is required.

63. Defendants deny the allegations in Paragraph 63.

## *COUNT VI*

91. In response to Paragraph 91 of the Complaint, Defendants repeat each and every response to the preceding paragraphs as if fully set forth herein.

92. Defendants neither admit nor deny the allegations contained in Paragraph 92 of the Complaint as they state legal conclusions to which no response is required.

93. Defendants deny the allegations in Paragraph 93.

94. Defendants deny the allegations in Paragraph 94.

95. Defendants deny the allegations in Paragraph 95.

## COUNT VII

96. In response to Paragraph 96 of the Complaint, Defendants repeat each and every response to the preceding paragraphs as if fully set forth herein.

97. Defendants neither admit nor deny the allegations contained in Paragraph 97 of the Complaint as they state legal conclusions to which no response is required.

98. Defendants deny the allegation in Paragraph 98.

99. Defendants deny the allegations in Paragraph 99.

## COUNT VIII

100. In response to Paragraph 100 of the Complaint, Defendants repeat each and every response to the preceding paragraphs as if fully set forth herein.

101. Defendants deny the allegations in Paragraph 101.

102. Defendants deny the allegations in Paragraph 102.

103. Defendants deny the allegations in Paragraph 103.

## COUNT IX

104. In response to Paragraph 104 of the Complaint, Defendants repeat each and every response to the preceding paragraphs as if fully set forth herein.

105. Defendants neither admit nor deny the allegations contained in Paragraph 105 of the Complaint as they state legal conclusions to which no response is required.

106. Defendants deny the allegations in Paragraph 106.

107. Defendants deny the allegations in Paragraph 107.

## AFFIRMATIVE AND OTHER DEFENSES

Defendants asserts the following affirmative and other defenses. All defenses may also apply to the claims of some or all of the person whom they purport to represent.

## FIRST AFFIRMATIVE DEFENSE

The District Court lacks subject matter and supplemental jurisdiction within the statutory and constitutional power to adjudicate this case because Defendants earned less than $500,000.00 in gross revenue annually and did not engage in interstate commerce.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim upon which relief may be granted, either on his own behalf or on behalf of the persons whom he purports to represent.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claim is time barred in whole or in part by the applicable statute of limitations.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claim is time barred in whole or in part by the doctrine of waiver.

## FIFTH AFFIRMATIVE DEFENSE

The complaint must be dismissed based upon documentary proof.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

All actions taken by Defendants were undertaken in good faith with reasonable grounds for believing such actions were not in violations of Federal and New York Law.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claim for liquidated damages are barred, in whole or in part, because all actions taken by Defendants were undertaken in good faith and with reasonable grounds for believing such actions were not in violation of Federal and New York Law.

### NINTH AFFIRMATIVE DEFENSE

At no time did Defendants act in a willful, wanton, reckless, and/or malicious manner or with reckless disregard of either the FLSA or New York Law.

### TENTH AFFIRMATIVE DEFENSE

At all relevant times, the actions of Defendants were justified under the circumstances and at all relevant times Defendants acted in a manner that was proper, reasonable, lawful and in exercise of good faith.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim upon which prejudgment interest may be granted.

### TWELTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to equitable relief insofar as he has an adequate remedy at law.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of laches.

### FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the *de minimus* doctrine.

### FIFTEENTH AFFIRMATIVE DEFENSE

The Complaint is barred, in whole or in part, by, among other things, the FLSA.

### SIXTEENTH AFFIRMATIVE DEFENSE

The court should not exercise supplemental jurisdiction over the counts in the complaint that purpose to arise under New York State's Labor Law.

### SEVENTEENTH AFFIRMATIVE DEFENSE

This case is not appropriate for collective and/or class action because the facts and law common to the case, if any, are insignificant compared to the individual facts and issues particular to Plaintiff and the purported collective action matters.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff cannot establish or maintain a collective and/or class action because it cannot be demonstrated that a collective or class action is superior to other methods available for adjudication of any controversy.

### NINETEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred or should be reduced, in whole or in part, by exclusions, exceptions, credits, recoupment or offsets permissible under the FLSA and/or New York State's Labor Law.

### TWENTIETH AFFIRMATIVE DEFENSE

In addition to the foregoing defenses, Defendants retain the right to amend its Answer to raise additional affirmative and other defenses or pursue any available counterclaims against Plaintiff as those claims become known during the course of the litigation.

WHEREFORE, Defendants respectfully requests the Court enter a judgment:

a.  dismissing Plaintiff's Complaint in its entirety, with prejudice;

b.  granting Defendants' attorney's fees and costs incurred in this action;

c.  granting such other and further relief as the Court deems just and proper.

Dated:  January 18, 2018

Respectfully submitted,

Mann & Associates, PLLC

By: _____/s/_____
Lydia Y. Mann (LM 7189)
401 Broadway, Suite 306
New York, NY 10013
Tel: (212) 941-1888

*Attorney for Defendants*

## CERTIFICATION OF SERVICE

I, Lydia Y. Mann, hereby certify that on January 18, 2018, I served a true and correct copy of the Answer to FLSA Complaint with Affirmative Defenses, by the Court's electronic filing system on the attorneys below. Copies of the foregoing are being served on this date via the manner indicated.

VIA FIRST CLASS MAIL, POSTATE PREPAID:

Jian Hang, Esq.
HANG & ASSOCIATES, PLLC
136-18 39th Avenue, Suite 1003
Flushing, NY 11354
*Attorneys for Plaintiff*

Dated: January 18, 2018

_____/s/_____
Lydia Y. Mann (LM 7189)
Mann & Associates, PLLC
401 Boradway, Suite 306
New York, NY 10013
Tel: (212) 941-1888

*Attorney for Defendants*